SILVA, DEMANDANTE Y APELANTE, v. MAYORAL, CONTADOR MUNICIPAL, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Ponce en un caso sobre *mandamus.*

No. 1191.—Resuelto en enero 19, 1915.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1190, *Nones v. Mayoral* (pág. 16).

Abogado del apelante: *Sr. Antonio F. Castro.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal del Supremo.*

> *Revocada la resolución apelada y declarada con lugar la solicitud de mandamus.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.